**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

United States of America
                Plaintiff,

v.                                                Case No.: 1:22–cv–00083
                                                Honorable Thomas M. Durkin

Jessica Arong O'Brien
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 4, 2022:

      MINUTE entry before the Honorable Thomas M. Durkin: Uncontested motion for extension of time [28] is granted. Petitioner–Defendant's reply brief is due by 8/29/2022. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.